UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M.,<br>　　　　Plaintiff<br>　　v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:20-cv-06202-GJS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: May 11, 2021

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE